The People of the State of New York, Respondent, v. Thomas Romaine, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

The People of the State of New York, Respondent, v. John Rubino, Appellant.— The guilt of the defendant was clearly proved. The judgment of conviction of the County Court of Kings county is unanimously affirmed pursuant to the provisions of section 542 of the Code of Criminal Procedure. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

The People of the State of New York, Respondent, v. John Siciliano, Appellant.— Judgment of conviction of the County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

The People of the State of New York, Respondent, v. Nile E. Vail, Appellant.— Judgment of conviction of the County Court of Westchester county unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.